UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20137-DPG

TEDDY PORTUONDO, *and all others similarly situated under 29 U.S.C. 216(B),*

Plaintiff,

vs.

CONCEPT AUTO, INC.,
MIKE KVACHUK., &
MARAT KVACHUK

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

To avoid the costs of hiring counsel and subsequent litigation, MR. Kvachuk paid full statement of claim, plus full attorney's fees and costs, via cashier's check on this date (2/15/17), hence, the Plaintiff, by and through Undersigned Counsel, notices that it dismisses its above captioned claim with prejudice, as the Plaintiff and Counsel have been properly remunerated without the need for further litigation.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 15, 2017.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028