**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-20137-GAYLES**

**TEUDY PORTUONDO,**
Plaintiff,
v.

**CONCEPT AUTO, INC., et al.,**
Defendants.
_______________________________________/

# ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 11]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

This action is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of February, 2017.

_______________________________
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE